

Jaclyn M. Metzinger

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-7843
Fax: (212) 808-7897

September 15, 2025

**By ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *John Hancock v. Wilmington Savings Fund Society, FSB and Elliot Brisk*, 23-cv-05945-PKC-TAM

Dear Judge Chen:

  We represent Interpleader Plaintiff John Hancock in the above-referenced matter. Consistent with Your Honor's Order dated September 5, 2025 (Dkt. 40), attached please find a revised proposed order containing an updated calculation of the interest to be paid in connection with the at-issue life insurance policy. As the Court is aware, the prior proposed order requested limited interpleader relief with respect to the adjusted face value of the policy. Now that the issue of Lilly Segal's date of birth has been resolved, and given that the Interpleader Defendants previously agreed to be bound by that determination (*see* January 9, 2024 Status Conference Tr. 28:25-19:9) (Merkl, J.), this proposed order expands the interpleader relief sought so as to release John Hancock of any further liability with respect to the Policy. John Hancock sent this proposed order to all parties on Friday, September 12, 2025. Interpleader Defendant Elliot Brisk has consented to this proposed order, and Interpleader Defendant Wilmington Savings Fund Society has not yet had a chance to weigh in.

  We understand that the clerk's office will not accept a wire transfer without a signed order setting forth the specific amount to be paid. John Hancock is prepared to initiate that wire transfer immediately upon receipt of the signed order.

        Respectfully submitted,

        */s/ Jaclyn M. Metzinger*
        Jaclyn M. Metzinger

        *Counsel for Defendant John Hancock*
        *Life Insurance Company of New York*