

Jaclyn M. Metzinger

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7843
Fax: (212) 808-7897

September 24, 2025

**By ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   *John Hancock v. Wilmington Savings Fund Society, FSB and Elliot Brisk*, 23-cv-05945-PKC-TAM

Dear Judge Chen:

      We represent Interpleader Plaintiff John Hancock in the above-referenced matter. On September 23, 2025, Your Honor entered an Order (Dkt. 44), ordering John Hancock to deposit the Interpleader Property with the Clerk of the Court in the Disputed Ownership Fund in an interest-bearing account.

      Due to a number of internal approvals that need to occur prior to a large wire transfer, John Hancock was unable to complete the wire transfer before close of business yesterday, September 23, 2025. Accordingly, John Hancock deposited the Interpleader Property this afternoon, September 24, 2025, updated to include contractual interest through today's date, September 24, 2025.

      John Hancock deposited with the Clerk of Court $1,341,822.73, which includes $1,258,239.00 (the "Adjusted Face Amount") plus contractual interest from the date of Mrs. Segal's death on November 7, 2018, through the date of deposit (calculated as September 24, 2025) in the amount of $83,583.73 (together, the "Interpleader Property"), in the Disputed Ownership Fund in an interest-bearing account.

                                            Respectfully submitted,

                                            */s/ Jaclyn M. Metzinger*
                                            Jaclyn M. Metzinger

                                            *Counsel for Defendant John Hancock*
                                            *Life Insurance Company of New York*